■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MARTINEZ, Appellant. [810 NYS2d 686]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered April 16, 1998, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments regarding alleged prosecutorial misconduct during summation are without merit. The challenged remarks constituted fair comment on the evidence (*see People v Ashwal*, 39 NY2d 105 [1976]), were responsive to arguments presented in the defense counsel's summation (*see People v Galloway*, 54 NY2d 396 [1981]; *People v Baker*, 251 AD2d 592 [1998]), or were harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Crimmins*, 36 NY2d 230 [1975]). Schmidt, J.P., Santucci, Rivera and Dillon, JJ., concur.